# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS MADRIGAL, | ) | NO. CV 12-0401 JVS (FMO) |
|       Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
|       Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _____1. 24_____, 2012.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE